**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01602-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

RICHARD E. ARGUELLO,

      Plaintiff,

v.

[NO DEFENDANTS NAMED],

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

      Plaintiff has submitted a notice of intent to file a lawsuit (ECF No. 1).  Because

Plaintiff may be intending to seek judicial relief in this court, this civil action has been

commenced.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the

court has determined that the notice is deficient as described in this order.  Plaintiff will

be directed to cure the following if he wishes to pursue his claims.  If Plaintiff does not

intend to pursue a civil action in this court at this time regarding his allegations in the

notice, he should advise the court of that fact and the instant action will be dismissed.

Any papers that Plaintiff files in response to this order must include the civil action

number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)  <u>xx</u>  is not submitted
(2)  __  is not on proper form (must use the court's current nonprisoner form)
(3)  __  is missing original signature by plaintiff/petitioner/applicant
(4)  __  is missing affidavit

(5) __ affidavit is incomplete
(6) __ affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) xx other: <u>motion is necessary only if filing and administrative fees totaling $400.00 are not paid in advance</u>.

**Complaint or Petition**:
(9) xx is not submitted
(10) __ is not on proper form (must use the court's current nonprisoner form)
(11) __ is missing an original signature by the plaintiff/petitioner/applicant
(12) __ is incomplete
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED June 6, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge

2