IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01602-BNB

RICHARD E. ARGUELLO,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Richard E. Arguello, initiated this action by filing *pro se* a notice of intent to file a lawsuit (ECF No. 1). The instant action was commenced and, on June 6, 2014, Magistrate Judge Boyd N. Boland entered an order directing Mr. Arguello to cure certain deficiencies if he wished to pursue any claims in this action. More specifically, Magistrate Judge Boland directed Mr. Arguello to file a complaint and either to pay filing and administrative fees totaling $400.00 or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Arguello was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    On June 16, 2014, the copy of Magistrate Judge Boland's June 6 order that was mailed to Mr. Arguello at the address he provided was returned to the Court undelivered. The returned envelope (ECF No. 4) bears a stamp or sticker that reads "RETURN TO SENDER, INSUFFICIENT ADDRESS, UNABLE TO FORWARD."

Pursuant to Rule 11.1(d) of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address within five days of any change of address. Mr. Arguello has failed to comply with the Court's local rules and, as a result, he has failed within the time allowed to cure the deficiencies as directed. Therefore, the complaint and the action will be dismissed.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Arguello failed to prosecute and cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  17th  day of   July  , 2014.

BY THE COURT:

 s/Christine M. Arguello

CHRISTINE M. ARGUELLO
United States District Judge, for
LEWIS T. BABCOCK, Senior Judge
United States District Court